Richard **JOHNSON**, Plaintiff–Appellant

v.

**TYSON FOODS**, Defendant–Appellee.

No. 12–2184.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2013.

Filed: March 1, 2013.

Richard Johnson, Houston, TX, pro se.

Kathlyn Graves, Jeffrey L. Spillyards, Mitchell & Williams, Little Rock, AR, for Defendant–Appellee.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Richard Johnson appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his complaint asserting discrimination under the Americans with Disabilities Act (ADA). Upon de novo review, *see Butler v. Bank of Am.*, 690 F.3d 959, 961 (8th Cir.2012) (standard

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

of review), we agree with the district court that Johnson-who had been afforded several opportunities to present his claim-failed to allege sufficient facts to state an ADA claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (complaint must state "more than an unadorned, the-defendant-unlawfully-harmed-me accusation"; conclusory statements of law are insufficient to support claim); *Berg v. Norand Corp.*, 169 F.3d 1140, 1144 (8th Cir.1999) (setting forth elements of ADA claim).[2] The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

Judge ARNOLD dissents.

---

2. We decline to consider allegations that Johnson first raised on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (declining to consider allegations first raised on appeal).